# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. A24-62306-JWC |
| | : | |
| MANYON K'NAHDRE' LANE | : | CHAPTER 13 |
|          Debtor(s). | : | |
| | : | |
| ──────────────────────── | : | |
| | : | |
| NANCY WHALEY, TRUSTEE | : | CONTESTED MATTER |
|          Movant(s), | : | |
| v. | : | |
| | : | |
| MANYON K'NAHDRE' LANE | : | |
|          Respondant(s), | : | |
| ──────────────────────── | : | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's plan will exceed sixty (60) months by three (3) months in violation of 11 U.S.C. Sections 1322(d)(2)(c) and 1307(c).

3.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 8/28/2025 the Trustee received a total of $3,761.50. The Trustee's records indicate the amount delinquent is $3,498.50. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 28th day of August, 2025.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   mjoyner@njwtrustee.com

# EXHIBIT "A"

CASE NO:   A24-62306-JWC                                            08/28/2025
MANYON K'NAHDRE' LANE

## RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| July 08, 2025 | EMPH | 1503410 | $138.46 |
| July 01, 2025 | EMPH | 1502813 | $138.46 |
| June 24, 2025 | EMPH | 1502223 | $138.46 |
| June 17, 2025 | EMPH | 1501626 | $138.46 |
| June 11, 2025 | EMPH | 1501022 | $138.46 |
| June 05, 2025 | EMPH | 1500416 | $138.46 |
| May 28, 2025 | EMPH | 1496160 | $138.46 |
| May 21, 2025 | EMPH | 1495545 | $138.46 |
| May 13, 2025 | EMPH | 1494956 | $138.46 |
| May 07, 2025 | EMPH | 1494366 | $138.46 |
| April 29, 2025 | EMPH | 1493764 | $138.46 |
| April 23, 2025 | EMPH | 1493172 | $138.46 |
| April 15, 2025 | EMPH | 1492568 | $138.46 |
| April 09, 2025 | EMPH | 1491981 | $138.46 |
| April 03, 2025 | EMPH | 1491392 | $138.46 |
| March 26, 2025 | EMPH | 1490811 | $138.46 |
| March 20, 2025 | EMPH | 1490211 | $138.46 |
| March 13, 2025 | EMPH | 1489629 | $138.46 |
| March 04, 2025 | EMPH | 1489041 | $138.46 |
| March 03, 2025 | EMPH | 1488453 | $138.46 |
| February 24, 2025 | EMPH | 1487858 | $138.46 |
| February 14, 2025 | EMPH | 1487255 | $138.46 |
| February 11, 2025 | EMPH | 1486669 | $138.46 |
| January 31, 2025 | EMPH | 1486072 | $138.46 |
| January 27, 2025 | EMPH | 1485470 | $138.46 |
| January 23, 2025 | EMPH | 1484871 | $150.00 |
| January 13, 2025 | EMPH | 1484262 | $150.00 |
| | | **Receipt Total:** | **$3,761.50** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. A24-62306-JWC |
| | : | |
| MANYON K'NAHDRE' LANE | : | CHAPTER 13 |
| Debtor(s). | : | |
| | : | |
| NANCY WHALEY, TRUSTEE | : | CONTESTED MATTER |
| Movant(s), | : | |
| v. | : | |
| | : | |
| MANYON K'NAHDRE' LANE | : | |
| Respondant(s), | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that **Nancy Whaley, Chapter 13 Trustee** has filed a **Motion to Dismiss** and related papers with the Court seeking an **Order of Dismissal.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion to Dismiss** at **10:10 AM** on **September 30, 2025** in **Courtroom 1203**, **United States Courthouse, 75 Ted Turner Drive, SW Atlanta, GA 30303** which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 28, 2025                /s/_____
                                                        Maria C. Joyner
                                                        Attorney for the Chapter 13 Trustee
                                                        Georgia Bar No. 118350
                                                        303 Peachtree Center Avenue, NE - Suite 120
                                                        Atlanta, GA 30303
                                                        678-992-1201
                                                        mjoyner@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No: A24-62306-JWC

I hereby certify that on the 28th day of August, 2025, I caused a copy of foregoing Chapter 13 Trustee's Motion to Dismiss to be served via first -class United States mail postage prepaid on the following parties at the address shown for each.

MANYON K'NAHDRE' LANE
2688 ROCK CHAPEL RD
LITHONIA, GA  30058


I further certify that on this day, I electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Debtor Attorney: THE SEMRAD LAW FIRM, LLC


Dated: August 28, 2025


/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   mjoyner@njwtrustee.com